# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Jan-Michael Zile, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:17-cv-507 |
| | : | |
| v. | : | Judge Michael H. Watson |
| | : | |
| Ohio Mechanical, Inc, *et al.* | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| Defendants. | : | |

### **STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Now comes Plaintiff Jan-Michael Zile, by and through the undersigned counsel, to hereby give the Court notice of dismissal with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) of his claims against Defendants Ohio Mechanical, Inc. and Thomas J. Bloomer in the above-captioned matter. All parties to bear their own attorneys' fees and costs, except as otherwise agreed. Court costs to be paid by Plaintiff. Consistent with *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), the parties agree that the Court shall retain jurisdiction to enforce the terms of this dismissal.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew J.P. Coffman* | */s/ Jared L. Buker* |
| Matthew J.P. Coffman (0085586) | Shane M. Dawson (0066490) |
| **Coffman Legal, LLC** | Jared L. Buker (0095167) |
| 1457 S. High St. | 134 Northwoods Boulevard, Second Floor |
| Columbus, OH  43207 | Columbus, OH 43235 |
| Telephone:   614.949.1181 | 740-368-0200 phone |
| Facsimile:   614.386.9964 | 740-368-8400 fax |
| E-mail:   mcoffman@mcoffmanlegal.com | sdawson@dawsonlawllc.com |
| | jbuker@dawsonlawllc.com |
| Peter Contreras (0087530) | |
| **Contreras Law, LLC** | *Attorneys for Defendants,* |
| PO Box 215 | *Ohio Mechanical, Inc. and Thomas J. Bloomer* |
| Amlin, Ohio 43002 | |
| Phone: 614-787-4878 | |

Fax: 614-923-7369
Email: peter.contreras@contrerasfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on May 18, 2018 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record of all parties.

            */s/ Matthew J.P. Coffman*
            Matthew J.P. Coffman